UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TERRY L. BROOKS,

    Plaintiff,

v.                                     Case No. 3:12cv23-MCR/CJK

MEDICAL COUNTY JAIL, et al.,

    Defendant.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated October 23, 2013 (doc. 9). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objections have been filed.

Having considered the Report and Recommendation, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1915(e)(2)(B)(ii), for Plaintiff's failure to state a claim upon which relief may be granted.

3. The Clerk is directed to close the file.

**DONE and ORDERED** this 27th day of November, 2013.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**